

IN THE
TENTH COURT OF APPEALS

No. 10-19-00179-CV

CITY OF HEWITT, TEXAS,

Appellant

v.

BELINDA KAY ALLGOOD,

Appellee

From the 170th District Court
McLennan County, Texas
Trial Court No. 2019-556-4

MEMORANDUM OPINION

Appellant City of Hewitt, Texas and Appellee Belinda Kay Allgood have filed an "Agreed Unopposed Motion to Dismiss Appeal Without Deciding the Merits of the Appeal."[1] The parties assert in their motion that they have reached an agreement to settle the underlying case. The parties therefore request that the Court "dismiss this appeal

---

[1] This is an accelerated appeal of the trial court's interlocutory "Order Denying Defendant's Plea to the Jurisdiction," signed on May 9, 2019.

without deciding the merits of the appeal, and remand the case [to the trial court] for entry of an order of dismissal with prejudice according to the agreement of the parties."

We construe the parties' motion as a motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties' motion is granted. We set aside the trial court's May 9, 2019 "Order Denying Defendant's Plea to the Jurisdiction" without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted; appeal remanded
Opinion delivered and filed July 31, 2019
[CV06]

